IN THE MATTER OF THE OPENING OF LEXINGTON AVENUE.

APPEAL from an order made at the Special Term, denying a
motion to set aside an order confirming the report of the commis-
sioners for opening Lexington avenue from Sixty-first street to the
Harlem river.

The General Term held that the order could only be set aside on
the ground of fraud,* and that as no fraud was proved in the case,
the order should be affirmed.

*Laws of 1813, ch. 86, § 178; In the Matter of the Commissioners of Central
Park, 41 How., 12; id., 50 N. Y., 493; In the Matter of Anthony Street in the
city of New York, 20 Wend., 618, 620; Mayor v. Erben, 38 N. Y., 311; Matter
of Commissioners of Central Park, 35 How., 256; Matter of Canal and Walker
Streets, 2 Kern., 406.

*Ira D. Warren,* for the appellant.

*E. Delafield Smith,* for the respondent.

Opinion by DONOHUE, J.

LAWRENCE and DANIELS, JJ., concurred.

Order affirmed.